# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2532

_____

Bruce Kilgore,

        Appellant,

v.

Michael Bowersox,

        Appellee.

\*
\*
\*
\*
\*  On Appeal from the United
\*  States District Court for
\*  the Eastern District of
\*  Missouri.
\*
\*  [To be published]
\*

_____

Submitted: June 11, 1999
Filed: June 15, 1999

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD and HANSEN, Circuit Judges.

_____

PER CURIAM.

The motion for stay of execution is denied. The application for a certificate of appealability is denied.

It is so ordered.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.